

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2015

No. 04-15-00119-CV

**IN THE INTEREST OF A CHILD,**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-14-81
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

Appellees Leandro and Marivel Garcia are represented on appeal by Mr. John C. Lemon. Mr. Lemon has filed a motion requesting a copy of the sealed record in this appeal for use in preparing the appellees' brief. The motion is GRANTED.

The Clerk of this Court is hereby directed to unseal the record for the sole purpose of providing a copy to Mr. Lemon. Mr. Lemon is hereby ORDERED to not share the contents of the record with any person except to the extent necessary to prepare the appellees' brief.

The appellees' motion for extension of time to file their brief is GRANTED such that the brief is due *thirty (30) days* from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2015.

_____
Keith E. Hottle
Clerk of Court